Cyrus Safa
Nevada Bar No.: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff Lisa M. Carrara

# UNITED STATES DISTRICT Court

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA M. CARRARA, | Case No.: 2:18-cv-01107-GMN-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 24, 2018 to December 19, 2018, for Plaintiff to send her Motion for Remand/Reversal with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has had heavy caseload and hearing schedule over the recent weeks.

-1-

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 25, 2018	Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Lisa M. Carrara

DATE: October 25, 2018	DAYLE ELIESON
United States Attorney

/s/ Beatrice Na
BY: _____

Beatrice Na
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED:   October 26, 2018

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-01107-GMN-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 25, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____